No. 73–569.  PETTY ET AL. *v.* McDONALD, EXECUTRIX.  Appeal from Sup. Ct. Ark. dismissed for want of sub-

stantial federal question.